# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DENISE BERG  
1213 - 40TH AVENUE  
ROCKFORD, IL  61109  

SSN-xxx-xx-7386

Case Number: 07-70393

Case filed on: 2/26/2007  
Plan Confirmed on:

X Converted   Unconfirmed

Total funds received and disbursed pursuant to the plan:  $915.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LEGAL HELPERS PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | THOMAS D LUCHETTI PC | 3,912.00 | 3,912.00 | 246.00 | 0.00 |
| 003 | THOMAS D LUCHETTI PC | 9,772.00 | 9,772.00 | 615.02 | 0.00 |
| 004 | HOMEQ SERVICING | 9,116.80 | 9,116.80 | 0.00 | 0.00 |
|  | Total Secured | 22,800.80 | 22,800.80 | 861.02 | 0.00 |
| 001 | CODILIS & ASSOCIATES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | THOMAS D LUCHETTI PC | 400.00 | 40.00 | 0.00 | 0.00 |
| 003 | THOMAS D LUCHETTI PC | 400.00 | 40.00 | 0.00 | 0.00 |
| 005 | ANDERSON FIN NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CALVARY PORTFOLIO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COLLECTION CO AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FRST NATIONAL BANK / CRE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HEIGHTS FINANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HEIGHTS FINANCE | 450.50 | 45.05 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 714.15 | 71.41 | 0.00 | 0.00 |
| 014 | ASSET ACCEPTANCE CORP | 765.94 | 76.59 | 0.00 | 0.00 |
| 015 | PARK DANSAN COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PLAINS COMMERCE BANK | 498.15 | 49.81 | 0.00 | 0.00 |
| 017 | UNITED CREDIT SERVICE INC | 240.14 | 24.01 | 0.00 | 0.00 |
| 018 | ROBERT BERG | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 3,468.88 | 346.87 | 0.00 | 0.00 |
|  | Grand Total: | 26,269.68 | 23,147.67 | 861.02 | 0.00 |

Total Paid Claimant:      $861.02  
Trustee Allowance:        $53.98  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/27/2007          By  /s/Heather M. Fagan